1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10
11

DANIEL CHRISTOPHER YOUNG,

No.  2:20-cv-1472 TLN DB PS

12

Plaintiff,

13

ORDER TO SHOW CAUSE

14

v.

15

JUDGE JOHN WINN, ROBIN LESLIE
PEARL,

16

Defendants.

17
18

      Plaintiff Daniel Christopher Young is proceeding in this action pro se.  This matter was

19

referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

20

Plaintiff commenced this action on July 22, 2020, by filing a complaint and paying the required

21

filing fee.  (ECF No. 1.)  On July 23, 2020, summons for the defendants were issued.  (ECF No.

22

2.)  That same day plaintiff was served with a letter that advised plaintiff that Rule 4(m) of the

23

Federal Rules of Civil Procedure provides that a defendant must be dismissed if service of the

24

summons and complaint is not accomplished on the defendant within 90 days after the complaint

25

was filed.  (ECF No. 3.)  More than 90 days have passed, plaintiff has not responded to the

26

court's order in any manner, and the docket does not reflect proof of service on, or the appearance

27

of, any defendant.

28

////

1

In this regard, it appears that plaintiff has failed to prosecute this action.  In light of plaintiff's pro se status, and in the interests of justice, the court will provide plaintiff with an opportunity to show good cause for plaintiff's conduct.

Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff show cause in writing within fourteen days of the date of this order as to why this case should not be dismissed for lack of prosecution[1]; and

2.  Plaintiff is cautioned that the failure to timely comply with this order may result in a recommendation that this case be dismissed.

DATED:  December 3, 2020                          /s/ DEBORAH BARNES
                                                                    UNITED STATES MAGISTRATE JUDGE

---

[1] Alternatively, if plaintiff no longer wishes to pursue this civil action, plaintiff may comply with this order by filing a request for voluntary dismissal pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.