UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DANIEL CHRISTOPHER YOUNG,

Plaintiff,

v.

JUDGE JOHN WINN and ROBIN LESLIE PEARL,

Defendants.

No. 2:20-cv-01472-TLN-DB

**ORDER**

Plaintiff Daniel Christopher Young ("Plaintiff") is proceeding in this action *pro se*. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On March 24, 2021, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within thirty days after service of the findings and recommendations. (ECF No. 5.) The thirty-day period has expired and Plaintiff has not filed any objections to the findings and recommendations.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

///

1

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed March 24, 2021 (ECF No. 5), are ADOPTED IN FULL;

2. Plaintiff's July 22, 2020 Complaint (ECF No. 1) is DISMISSED without prejudice; and

3. The Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

DATED: May 20, 2021

Troy L. Nunley
United States District Judge